UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| **LUKE SEAY,**<br><br>      Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP**<br><br>      Defendant. | Case No.  2:08-cv-11770<br><br>Honorable Bernard A. Friedman<br>Magistrate Judge Steven D. Pepe |
|---|---|
| Timothy J. Sostrin<br>Lori A. Leigh (P65423)<br>LEGAL HELPERS, P.C.<br>**Attorneys for Plaintiff**<br>233 S. Wacker<br>Sears Tower, Suite 5150<br>Chicago, IL  60606<br>866-339-1156<br>312-822-1064 (Facsimile)<br>tjs@legalhelpers.com<br>lal@legalhelpers.com | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>(517) 374-6304 (Facsimile)<br>email: hodge@millercanfield.com<br>email: eldridge@millercanfield.com |

### STIPULATION AND ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

      IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff and counsel for Defendant that this action against Defendant GC Services Limited Partnership be dismissed with prejudice regarding all claims against Defendant GC Services Limited Partnership, without costs or fees to the parties, and that an Order consistent with this stipulation

-2-

be entered.  This stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.

**APPROVAL:**

| | |
|---|---|
| LEGAL HELPERS, P.C.<br>Counsel for Plaintiff | MILLER, CANFIELD, PADDOCK<br>AND STONE, P.L.C.<br>Counsel for Defendant |
| By: s/ with consent of Timothy J. Sostrin<br>233 S. Wacker<br>Sears Tower, Suite 5150<br>Chicago, IL 60606<br>(866) 339-1156 | By: s/ Scott R. Eldridge<br>One Michigan Avenue, Suite 900<br>Lansing, MI 48933-1609<br>(517) 487-2070<br>P66452 |
| Dated:  October 2, 2008 | Dated:  October 2, 2008 |

**ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY**

   IT IS SO ORDERED.

                              s/Bernard A. Friedman_____
                              Hon. Bernard A. Friedman
                              United States District Court
                              Eastern District of Michigan

Dated: _October 3, 2008___

LALIB:175454.1\031578-00044
10/03/08